IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DEBORAH WALLACE,

       Plaintiff,               Case Number: 1:12cv020

   vs.                            Judge Timothy S. Black

SAM'S EAST, INC.,

       Defendant.

---

## CONDITIONAL ORDER OF DISMISSAL

---

       This case having come before the Court for a settlement conference on 10/29/2012, and the case having settled;

       It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 45 days, move to reopen the action if settlement is not consummated.   Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

       The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

       **IT IS SO ORDERED**.

*Timothy S. Black*
Timothy S. Black
United States District Judge